```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42461
   MAGGIE N HADNOT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4372


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/15/2004 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG         .00            .00             .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE    4346.20            .00         4346.20
AMERIQUEST MORTGAGE CO     NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   SECURED           200.00          14.08          200.00
COOK COUNTY TREASURER      SECURED           801.53          55.31          801.53
ILLINOIS DEPT OF PUBLIC    SECURED              .00            .00             .00
BETHANY HOSPITAL           UNSEC W/INTER  NOT FILED            .00             .00
ADVOCATE BETHANY HOSPITA   NOTICE ONLY    NOT FILED            .00             .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER  NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED            .00             .00
COMCAST CABLEVISION        UNSEC W/INTER  NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER     969.22          92.87          969.22
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED            .00             .00
UNIVERSITY OF ILLINOIS M   UNSEC W/INTER  NOT FILED            .00             .00
UIC PHYSICIANS GROUP       UNSEC W/INTER  NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   UNSEC W/INTER      92.24           8.75           92.24
LEGAL ASSISTANCE OF CHIC   DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                         335.47
DEBTOR REFUND              REFUND                                          255.35

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             7,171.02

PRIORITY                                       .00
SECURED                                    5,347.73
    INTEREST                                  69.39
UNSECURED                                  1,061.46

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42461 MAGGIE N HADNOT
```

```
    INTEREST                                              101.62
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                      335.47
DEBTOR REFUND                                             255.35
                                   ---------------   ---------------
TOTALS                                    7,171.02          7,171.02
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 03/27/08          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE

                               PAGE   2
           CASE NO. 04 B 42461 MAGGIE N HADNOT